CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under a Certain Indenture of Trust with THE PRUDENCE COMPANY, INC., Dated as of May 1, 1926, Respondent, v. 450 SEVENTH AVENUE REALTY CORPORATION, Defendant, and JOSEPH E. GILBERT, INC., and Others, Appellants, and THE PRUDENCE COMPANY, INC., Impleaded, Defendant, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Untermyer, JJ.

PEGGY C. CONKLIN, as Administratrix ad Prosequendum of the Estate of ARTHUR V. CONKLIN, Deceased, Respondent, v. CANADIAN-COLONIAL AIRWAYS, INC., Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $50,274.42; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Widening of Boscobel Avenue, from Jerome Avenue to University Avenue, Borough of The Bronx, City of New York. ABRAHAM SLOVIK, Doing Business, etc., and GUSTAV HALPERN, Respondents.*— Final decree so far as appealed from affirmed, with costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and remit to Special Term for reassessment.

ALOIS KOSIR, Respondent, v. GRANVILLE P. ROGERS, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM KLEINMAN and Another, Copartners, etc., Respondents, v. MERCHANTS TRANSFER AND STORAGE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSIKA SCHWIMMER, Appellant, v. WILLIAM Fox and Another, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and deny the motions. [150 Misc. 562.]

LIGHTOLIER COMPANY, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ANNA M. CONNORS and Another, Respondents, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and grant a new trial on the ground that the verdict was against the weight of the credible evidence.

ISAAC ALTMAN, Appellant, v. IRVING TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.